2013 MAY -7 AM 11: 45

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARI LYNN SEARCY (2), <br><br> Defendant. | CASE NO. 13CR1027-H <br><br> **JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has granted the oral motion of the Government for dismissal, without prejudice

__X__ of the offenses as charged in the Information:

    21 USC 952 and 960 - Importation of Methamphetamine

    18 USC 2 - Aiding and Abetting

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/7/13

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

//